HATTIE CLARA DUNSCOMBE, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN GERMÁN, recurrido

No. 932.—*Sometido:* Julio 26, 1934. *Resuelto:* Julio 26, 1934.

*L. López de Victoria,* abogado de la recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del Tribunal.

En el caso de *Solís v. Registrador de Caguas,* 28 D.P.R. 118, resolvimos que para inscribir en el registro el derecho de usufructo concedido por un municipio a un particular sobre un solar municipal segregado de otro de mayor cabida, no es de necesidad indispensable el otorgamiento de escritura, siendo bastante presentar al registrador una certificación del secretario municipal creditiva del acuerdo relacionado con la concesión.

En este caso se presentó tal certificación al registrador de San Germán pero éste se negó a inscribir la concesión, y consiguientemente la edificación hecha en el solar cedido por el municipio, porque en la ordenanza concediendo ese solar se dispuso que el alcalde otorgara la correspondiente escritura y ésta no ha sido presentada.

La sección 5 del expresado acuerdo no ordena al alcalde que otorgue escritura de la cesión sino simplemente lo autoriza para que en nombre del municipio otorgue tal escritura.

El registrador recurrido le ha dado a esa sección 5 un alcance que no tiene.

El defecto subsanable consignado por el registrador en sus negativas no ha sido impugnado en este recurso.

Las resoluciones que negaron la inscripción de la cesión hecha por el municipio de Guánica a favor de Hattie Clara Dunscombe y de la escritura de edificación en el solar cedido *deben ser revocadas* y ordenarse las inscripciones correspondientes, con el defecto subsanable que contienen por no haber sido objeto de este recurso.